IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HILO PRODUCTS, INC., | CV 22-00069 SOM-WRP |
| Plaintiff(s), | |
| vs. | |
| TARGET CORPORATION, | |
| Defendant(s). | |

ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO DENY PLAINTIFF'S MOTION TO REMAND CASE TO STATE COURT OR, IN THE ALTERNATIVE, MOTION FOR ORDER TO SHOW CAUSE

Findings and Recommendation having been filed and served on all parties on April 25, 2022, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to Deny Plaintiff's Motion to Remand Case to State Court or, in the Alternative, Motion for Order to Show Cause" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.



/s/ Susan Oki Mollway
Susan Oki Mollway
Senior United States District Judge